IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 4:23-CV-01039-P |

## NOTICE OF APPEARANCE

The undersigned hereby enters an appearance as counsel for the Defendant, U.S. Department of Homeland Security. The U.S. Department of Homeland Security reserves all defenses and will answer or otherwise respond, at the proper time, to Plaintiff's Complaint. (ECF No. 1.)

**Notice of Appearance – Page 1**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Andrea Haim*
Andrea Haim
Assistant United States Attorney
Texas Bar No. 24109740
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8809
Facsimile: 214.659.8811
andrea.haim@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

On November 30, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrea Haim*
Andrea Haim

Notice of Appearance – Page 2