IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Civil Action No. 4:23-CV-01039-P |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

This is to certify that other than the parties to this case, the undersigned is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Dated:  December 18, 2023

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Andrea Haim*
Andrea Haim
Assistant United States Attorney
Texas Bar No. 24109740
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8809
Facsimile: (214) 659-8811
Email: andrea.haim@usdoj.gov

*Attorneys for The U.S. Department of Homeland Security*

## CERTIFICATE OF SERVICE

On December 18, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Andrea Haim____
Andrea Haim
Assistant United States Attorney