IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>    *Defendant*. | Civil Action No. 4:23-cv-01039-P |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Counsel for Plaintiff America First Policy Institute ("AFPI") and Defendant the United States Department of Homeland Security ("DHS") jointly move to amend the Court's Scheduling Order dated January 31, 2024 (Doc. 15) to extend all case deadlines by 60 days in order to accommodate anticipated settlement of this matter.

Plaintiff AFPI brought this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking to compel Defendant DHS to make determinations and produce records regarding three FOIA requests by AFPI. (Doc. 1). DHS has been making regular productions of responsive, non-exempt documents to AFPI and has now produced all records in its possession except for 78 pages of records that were required to be referred to other agencies for consultation. *See* 5 U.S.C. § 552(a)(6)(B)(iii)(III) (providing for an extension of time to respond to FOIA requests where there is a "need for consultation . . . with another agency [or among two or more agency components] having a substantial interest in the determination of the request."); *see also* OIP

1

Guidance: "Referrals, Consultations, and Coordination: Procedures for Processing Records When Another Agency or Entity Has an Interest in Them."[1]

DHS has followed up with the other relevant agencies to inquire about the status of their review, but how quickly they process the documents is outside of DHS' control. DHS expects that their review will be completed within the next 60 days. Upon production of the remaining 78 pages, all responsive, non-exempt records will have been produced and the parties anticipate reaching a settlement shortly thereafter.

Therefore, the parties respectfully request that the Court amend the current Scheduling Order to extend all case deadlines by 60 days pending anticipating resolution of this case. A proposed scheduling order reflecting the amended dates is simultaneously being emailed to the Court's proposed orders email address.

---

[1] Available at https://www.justice.gov/oip/blog/referrals-consultations-and-coordination-procedures-processing-records-when-another-agency (last updated July 26, 2021).

Dated: August 12, 2024               Respectfully Submitted,

*/s/ Jase Panebianco*                LEIGHA SIMONTON
JASE PANEBIANCO                      UNITED STATES ATTORNEY
JESSICA HART STEINMAN
American First Policy Institute
1001 Pennsylvania Ave. NW, Suite 510   */s/ Andrea Haim*
Washington, DC 20004                 Andrea Haim
Telephone: (631) 710-8306            Assistant United States Attorney
Email: JPanebianco@americafirstpolicy.com;   Texas Bar No. 24109740
jsteinmann@americafirstpolicy.com    1100 Commerce Street, Third Floor
(Admitted *pro hac vice*)            Dallas, Texas 75242-1699
                                     Telephone: (214) 659-8809
H. DUSTIN FILLMORE                   Email: andrea.haim@usdoj.gov
The Fillmore Law Firm
Texas Bar No. 06996010               *Counsel for The U.S. Department of*
201 Main Street, Suite 700           *Homeland Security*
Fort Worth, TX 76102
Telephone: (817) 332-2351
Email: dusty@fillmorefirm.com

*Counsel for Plaintiff America First Policy Institute*