IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendant*. | Civil Action No. 4:23-cv-01039-P |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend the Scheduling Order (Doc. 16) filed August 12, 2024 to extend all deadlines in this case by 60 days. Having reviewed the same, the Court determines that the Joint Motion should be and is hereby **GRANTED**. The Scheduling Order (ECF No. 15), dated January 31, 2024 is hereby revised as follows:

| | |
|---|---|
| Initial Expert Designation & Report (¶ 4 a.) | October 22, 2024 |
| Responsive Expert Designation & Report (¶ 4 b.) | November 22, 2024 |
| Rebuttal Expert Designation (¶ 4 c.) | 30 days after disclosure made by other party |
| Expert Objections (¶ 4 d.) | May 16, 2025 |
| Dispositive Motions (¶ 3) | February 21, 2025 |
| Mediation (¶ 5) | December 22, 2024 |
| Completion of Discovery (¶ 6) | January 21, 2025 |
| Pretrial Disclosures and Objections (¶ 7) | May 11, 2025<br>Objections due 14 days thereafter |
| Pretrial Materials (pretrial order etc.)(¶ 8) | May 26, 2025 |
| Exchange of Exhibits (¶ 9) | June 6, 2025 |

1

2

| Pretrial Conference (¶ 11) | To be set if necessary. |
|---|---|
| Trial Date (¶ 1) | Monday, June 23, 2025 |

**SO ORDERED** on this 13th day of August 2024.

*Mark T. Pittman*
Mark T. Pittman
UNITED STATED DISTRICT JUDGE