UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICA FIRST POLICY INSTITUTE,**

  Plaintiff,

v.                                      No. 4:23-cv-01039-P

**DEPARTMENT OF HOMELAND SECURITY,**

  Defendant.

# ORDER

  Now before the Court is the parties Joint Status Report (ECF No. 27) filed in response to the Court's order of January 10, 2025. ECF No. 26. In the Joint Status Report, the parties report that they are attempting to resolve Plaintiff's claim for attorney's fees and expect it to be resolved soon. In light of this report, the Court **ORDERS** the parties to, within 30 days, file appropriate dismissal paperwork upon reaching an agreement to resolve the attorney's fees claim, or if no such agreement has been reached, file another status report at that time.

  **SO ORDERED** on this **10th day of February 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE