UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMERICA FIRST POLICY INSTITUTE,**

   Plaintiff,

v.                          **No. 4:23-cv-01039-P**

**U.S. DEPARTMENT OF HOMELAND SECURITY,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Stipulation of Dismissal (ECF No. 29), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **13th day of February 2025.**

                                          **MARK T. PITTMAN**
                                          UNITED STATES DISTRICT JUDGE